FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV - 2 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSA

UNITED STATES OF AMERICA
v.
BRANDON BROKAW

Judgment in a Criminal Case
(For Revocation of Probation or Supervised Release)

Case No.  4:08cr00119-01 JM
USM No.  25049-009

Latrece Gray
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  General , Standard, Special  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - General | Violation of federal, state, or local crime | 03/21/2016 |
| 2 - General | Violation of federal, state, or local crime | 08/28/2016 |
| 3 - Standard (7) | Failure to refrain from the use of any controlled substance | 08/28/2016 |
| 4 - Standard (7) | Failure to report to the probation officer | 06/05/2016 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1489

Defendant's Year of Birth:  1987

City and State of Defendant's Residence:
Batesville, Arkansas

11/02/2016
Date of Imposition of Judgment

_[signature]_
Signature of Judge

JAMES M. MOODY JR     U.S. District Judge
Name and Title of Judge

11/2/16
Date

Judgment—Page  2  of  3

DEFENDANT: BRANDON BROKAW
CASE NUMBER: 4:08cr00119-01 JM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Special (1) | Failure to participate in a substance abuse treatment program | 07/31/2016 |
| 6 - Standard (11) | Failure to notify probation officer within seventy-two hours of arrest | 03/18/2016 |
| 7 - Special (2) | Failure to participate in mental health counseling | 10/17/2012 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: BRANDON BROKAW
CASE NUMBER: 4:08cr00119-01 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :
**TWENTY-EIGHT (28) MONTHS**

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant be placed in FCI Forest City to be close to family.

The Court recommends the defendant participate in residential substance abuse treatment

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL